JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DISHAN PERERA et al.,

    Defendants.

No. 2:10-cr-00347-MCE

STIPULATION AND ORDER
CONTINUING STATUS CONFERNCE

Date:   October 14, 2010
Time:   9:00 a.m.
Judge:  Hon. Morrison C. England, Jr.

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Dishan Perera, Alan Baum, Esq., counsel for defendant Jeremy Gachago, Michael L. Chastaine, Esq., counsel for defendant Ramiro Garcia, Christopher R. Cosca, Esq., counsel for defendant Love Deep Singh Sidhu, Christopher Haydn-Myer, Esq., counsel for defendant Leonard Woodfork, Olaf W. Hedberg, Esq., counsel for defendant Jason Cavileer, Dan F. Koukol, Esq., counsel for defendant Michael Tran, Michael D. Long, Esq., counsel for defendant Navpreet Singh, John R. Manning, Esq., counsel for defendant Imesh Perera, Michael Petrik, Jr., and counsel for defendant Torey Moore, Shari Rusk, Esq., that the status conference presently set for

PDF created with pdfFactory trial version www.pdffactory.com

October 14, 2010 be **continued to January 13, 2011, at 9:00 a.m.**, thus **vacating** the presently set status conference.

  The government has just released voluminous discovery to the defense, which will take significant time to review.  Counsel for the parties therefore agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference January 13, 2011.

IT IS SO STIPULATED

Dated:  October 6, 2010          /s/ Alan Baum  
                    ALAN BAUM  
                    Attorney for Defendant  
                    Dishan Perera

Dated:  October 6, 2010          /s/ Michael L. Chastaine  
                    MICHAEL L. CHASTAINE  
                    Attorney for Defendant  
                    Jeremy Gachago

Dated:  October 6, 2010          /s/ Christopher R. Cosca  
                    CHRISTOPHER R. COSCA  
                    Attorney for Defendant  
                    Ramiro Garcia

Dated:  October 6, 2010          /s/ Christopher Haydn-Myer  
                    CHRISTOPHER HAYDN-MYER  
                    Attorney for Defendant  
                    Love Deep Singh Sidhu

Dated:  October 6, 2010          /s/ Olaf W. Hedberg  
                    OLAF W. HEDBERG  
                    Attorney for Defendant  
                    Leonard Woodfork

Dated:  October 6, 2010          /s/ Dan F. Koukol  
                    DAN F. KOUKOL  
                    Attorney for Defendant  
                    Jason Cavileer

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: October 6, 2010 | /s/ Michael D. Long<br>MICHAEL D. LONG<br>Attorney for Defendant<br>Michael Tran |
| Dated: October 6, 2010 | /s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Navpreet Singh |
| Dated: October 6, 2010 | /s/ Michael Petrik, Jr.<br>MICHAEL PETRIK, JR.<br>Attorney for Defendant<br>Imesh Perera |
| Dated: October 6, 2010 | /s/ Shari Rusk<br>SHARI RUSK<br>Attorney for Defendant<br>Torey Moore |
| Dated: October 6, 2010 | Benjamin B. Wagner<br>United States Attorney<br><br>by: /s/ Todd D. Leras<br>TODD D. LERAS<br>Assistant United States Attorney |

3

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00347-MCE |
|---|---|
| Plaintiff, | ) |
| | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| DISHAN PERERA et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the October 14, 2010 status conference be continued to January 13, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to January 13, 2011.

DATED: October 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com