JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>DISHAN PERERA et al.,<br><br>          Defendants. | No. CR-S-10-347 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE<br><br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Dishan Perera, Alan Baum, Esq., counsel for defendant Jeremy Gachago, Michael L. Chastaine, Esq., counsel for defendant Ramiro Garcia, Christopher R. Cosca, Esq., counsel for defendant Love Deep Singh Sidhu, Christopher Haydn-Myer, Esq., counsel for defendant Leonard Woodfork, Olaf W. Hedberg, Esq., counsel for defendant Jason Cavileer, Dan F. Koukol, Esq., counsel for defendant Michael Tran, Michael D. Long, Esq., counsel for defendant Navpreet Singh, John R. Manning, Esq., counsel for defendant Imesh Perera, Mark Waecker, Esq., counsel for defendant Navjot Singh, Mark J. Reichel, Esq., and counsel for defendant Torey Moore,

Shari Rusk, Esq., that the status conference presently set for January 13, 2011 be **continued to March 17, 2011, at 9:00 a.m.**, thus **vacating** the presently set status conference.

This is a complex case involving voluminous discovery and a large amount of evidence therefore the parties request further time to review discovery and complete investigation. Counsel for the parties therefore agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference March 17, 2011.

IT IS SO STIPULATED

Dated:  January 11, 2011                             /s/ Alan Baum
                                                     ALAN BAUM
                                                     Attorney for Defendant
                                                     Dishan Perera

Dated:  January 11, 2011                             /s/ Michael L. Chastaine
                                                     MICHAEL L. CHASTAINE
                                                     Attorney for Defendant
                                                     Jeremy Gachago

Dated:  January 11, 2011                             /s/ Christopher R. Cosca
                                                     CHRISTOPHER R. COSCA
                                                     Attorney for Defendant
                                                     Ramiro Garcia

Dated:  January 11, 2011                             /s/ Christopher Haydn-Myer
                                                     CHRISTOPHER HAYDN-MYER
                                                     Attorney for Defendant
                                                     Love Deep Singh Sidhu

Dated:  January 11, 2011                             /s/ Olaf W. Hedberg
                                                     OLAF W. HEDBERG
                                                     Attorney for Defendant
                                                     Leonard Woodfork

Dated:  January 11, 2011                             /s/ Dan F. Koukol
                                                     DAN F. KOUKOL
                                                     Attorney for Defendant
                                                     Jason Cavileer

| | |
|---|---|
| Dated: January 11, 2011 | /s/ Michael D. Long<br>MICHAEL D. LONG<br>Attorney for Defendant<br>Michael Tran |
| Dated: January 11, 2011 | /s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Navpreet Singh |
| Dated: January 11, 2011 | /s/ Mark Waecker<br>MARK WAECKER<br>Attorney for Defendant<br>Imesh Perera |
| Dated: January 11, 2011 | /s/ Shari Rusk<br>SHARI RUSK<br>Attorney for Defendant<br>Torey Moore |
| Dated: January 11, 2011 | /s/ Mark J. Reichel<br>MARK J. REICHEL<br>Attorney for Defendant<br>Navjot Singh |
| Dated: January 11, 2011 | Benjamin B. Wagner<br>United States Attorney<br><br>by: /s/ Todd D. Leras<br>TODD D. LERAS<br>Assistant United States Attorney |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the January 13, 2011 status conference be continued to March 17, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to March 17, 2011.

IT IS SO ORDERED.

DATED: January 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE