JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   No. 2:10-cr-00347-MCE
                                )
          Plaintiff,            )
                                )   STIPULATION AND ORDER
v.                              )   CONTINUING STATUS CONFERNCE
                                )
DISHAN PERERA et al.,           )
                                )   Date:  July 21, 2011
          Defendants.           )   Time:  9:00 a.m.
                                )   Judge:  Hon. Morrison C. England, Jr.
                                )
                                )
                                )

_____

        IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant

Dishan Perera, Alan Baum, Esq., counsel for defendant Jeremy Gachago, Michael L. Chastaine,

Esq., counsel for defendant Ramiro Garcia, Christopher R. Cosca, Esq., counsel for defendant

Love Deep Singh Sidhu, Christopher Haydn-Myer, Esq., counsel for defendant Leonard

Woodfork, Olaf W. Hedberg, Esq., counsel for defendant Jason Cavileer, Dan F. Koukol, Esq.,

counsel for defendant Michael Tran, Michael D. Long, Esq., counsel for defendant Navpreet

Singh, John R. Manning, Esq., counsel for defendant Imesh Perera, Mark Waecker, Esq., counsel

for defendant Navjot Singh, Mark J. Reichel, Esq., and counsel for defendant Torey Moore,

Shari Rusk, Esq., that the status conference presently set for May 5, 2011 be **continued to July 21, 2011, at 9:00 a.m.**, thus **vacating** the presently set status conference.

This is a complex case involving voluminous discovery and a large amount of evidence therefore the parties request further time to review discovery and complete investigation. Counsel for the parties therefore agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference July 21, 2011.

IT IS SO STIPULATED

Dated:  May 3, 2011                    /s/ Alan Baum
                                       ALAN BAUM
                                       Attorney for Defendant
                                       Dishan Perera

Dated:  May 3, 2011                    /s/ Michael L. Chastaine
                                       MICHAEL L. CHASTAINE
                                       Attorney for Defendant
                                       Jeremy Gachago

Dated:  May 3, 2011                    /s/ Christopher R. Cosca
                                       CHRISTOPHER R. COSCA
                                       Attorney for Defendant
                                       Ramiro Garcia

Dated:  May 3, 2011                    /s/ Christopher Haydn-Myer
                                       CHRISTOPHER HAYDN-MYER
                                       Attorney for Defendant
                                       Love Deep Singh Sidhu

Dated:  May 3, 2011                    /s/ Olaf W. Hedberg
                                       OLAF W. HEDBERG
                                       Attorney for Defendant
                                       Leonard Woodfork

Dated:  May 3, 2011                    /s/ Dan F. Koukol
                                       DAN F. KOUKOL
                                       Attorney for Defendant
                                       Jason Cavileer

Dated:  May 3, 2011                    /s/ Michael D. Long
                                       MICHAEL D. LONG
                                       Attorney for Defendant
                                       Michael Tran

Dated:  May 3, 2011                    /s/ John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Navpreet Singh

Dated:  May 3, 2011                    /s/ Mark Waecker
                                       MARK WAECKER
                                       Attorney for Defendant
                                       Imesh Perera

Dated:  May 3, 2011                    /s/ Shari Rusk
                                       SHARI RUSK
                                       Attorney for Defendant
                                       Torey Moore

Dated:  May 3, 2011                    /s/ Mark J. Reichel
                                       MARK J. REICHEL
                                       Attorney for Defendant
                                       Navjot Singh


Dated:  May 3, 2011                    Benjamin B. Wagner
                                       United States Attorney


                                       by: /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )   No. CR-S-10-347 MCE
                                             )
            Plaintiff,                       )
                                             )   ORDER TO
                                             )   CONTINUE STATUS CONFERNCE
v.                                           )
                                             )
DISHAN PERERA et al.,                        )
                                             )
            Defendants.                      )
                                             )
                                             )
                                             )
_____

        GOOD CAUSE APPEARING, it is hereby ordered that the May 5, 2011 status

conference be continued to July 21, 2011 at 9:00 a.m.  I find that the ends of justice warrant an

exclusion of time and that the defendant's need for continuity of counsel and reasonable time for

effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS

FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and

Local Code T4 from the date of this order to July 21, 2011.

        IT IS SO ORDERED.

DATED: May 9, 2011

_____
        MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE