1   MICHAEL CHASTAINE, State Bar #121209
    THE CHASTAINE LAW OFFICE
2   101 Parkshore Drive, Suite 100
    Folsom, CA 95630
3   Telephone: 916-732-7150

4   Attorneys for Defendant
5   Jeremy Gachago

6

7            IN THE UNITED STATES DISTRICT COURT

8        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          ) Case No.: 2:10 CR 347 MCE
                                       )
11              Plaintiff,             ) STIPULATION AND ORDER
                                       ) CONTINUING STATUS CONFERNCE
12          v.                         )
                                       )
13  DISHAN PERERA, et al,              )
                                       )
14              Defendant.             )
    _____)

15          It is hereby stipulated between the parties, Todd Leras, Assistant United States

16  Attorney, Alan Baum, attorney for defendant Dishan Perera, Michael Chastaine, attorney

17  for Jeremy Gachago, Mark Waecker, attorney for defendant Imesh Perera, Shari Rusk,

18  attorney for defendant Torey Moore and Michael Long, attorney for Michael Tran, Olaf

19  Hedberg, attorney for defendant Leonard Woodfork, John Manning, attorney for Navpret

20  Singh, Christopher Hayden-Myer, attorney for Love Sidhu, Mark Rechel, attorney for

21  Navjot Singh, Chris Cosca, attorney for Ramiro Garcia and Dan Koukol attorney for

22  Jason Caviler that the status conference date of Thursday, July 21, 2011 should be

23  continued until Thursday September 15, 2011.  The continuance is necessary as all

24  counsel are continuing to engage in negotiations with the government.  Further, the

25  government has indicated that it will be providing additional discovery that must be

26  reviewed by the defense.

27  ///

28  ///

IT IS STIPULATED that the period of time from the July 21, 2011 up to and including September 15, 2011 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: July 7, 2011                    By: _____/s/ Michael Chastaine
                                            MICHAEL CHASTAINE
                                            Attorney for Jeremy Gachago

Dated: July 7, 2011                    By: _____/s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Michael Tran

Dated: July 7, 2011                    By: _____/s/ Alan Baum
                                            ALAN BAUM
                                            Attorney for Dishan Perera

Dated: July 7, 2011                    By: _____/s/ Mark Waecker
                                            MARK WAECKER
                                            Attorney for Imesh Perera

Dated: July 7, 2011                    By: _____/s/ Shari Rusk
                                            SHARI RUSK
                                            Attorney for Torey Moore

Dated: July 7, 2011                    By: _____/s/ Olaf Hedberg
                                            OLAF HEDBERG
                                            Attorney for Leonard Woodfork

Dated: July 7, 2011                    By: _____/s/ John Manning
                                            JOHN MANNING
                                            Attorney for Navpret Singh

Dated: July 7, 2011                    By: _____/s/ Christopher Hayden-Myer
                                            CHRISTOPER HAYDEN-MYER
                                            Attorney for Love Sidhu


Dated: July 7, 2011                    By: _____/s/ Mark Rechel
                                            MARK RECHEL
                                            Attorney for Navjot Singh


Dated: July 7, 2011                    By: _____/s/ Dan Koukol
                                            DAN KOUKOL
                                            Attorney for Jason Caviler


Dated: July 13, 2011                   By: _____/s/ Chris Cosca
                                            CHRIS COSCA
                                            Attorney for Ramiro Garcia


Dated: July 7, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Michael Chastaine for Todd Leras____
                                            Todd Leras
                                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, July 21, 2011 at 9:00 a.m. be continued to Thursday, September 6, 2011 at 9:00 a.m. and that the period from July 21, 2011 to September 6, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7), (8)(A) and local rule T4. The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

**Date:  7/15/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE