MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jeremy Gachago

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DISHAN PERERA, et al,<br><br>  Defendant. | Case No.: 2:10 CR 347 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, Alan Baum, attorney for defendant Dishan Perera, Michael Chastaine, attorney for Jeremy Gachago, Mark Waecker, attorney for defendant Imesh Perera, Shari Rusk, attorney for defendant Torey Moore and Michael Long, attorney for Michael Tran, Olaf Hedberg, attorney for defendant Leonard Woodfork, John Manning, attorney for Navpret Singh, Christopher Hayden-Myer, attorney for Love Sidhu, Mark Rechel, attorney for Navjot Singh, Chris Cosca, attorney for Ramiro Garcia and Dan Koukol attorney for Jason Caviler that the status conference date of Tuesday, September 6, 2011 should be continued until Tuesday November 3 , 2011.  The continuance is necessary as all counsel are continuing to engage in negotiations with the government.  Further, the government has indicated that it will be providing additional discovery that must be reviewed by the defense.

///

///

1

IT IS STIPULATED that the period of time from the September 6, 2011 up to and including November 3, 2011 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

.

Dated: September 2, 2011        By: ____/s/ Michael Chastaine
                                MICHAEL CHASTAINE
                                Attorney for Jeremy Gachago

Dated: September 2, 2011        By: ____/s/ Michael D. Long
                                MICHAEL D. LONG
                                Attorney for Michael Tran

Dated: September 2, 2011        By: ____/s/ Alan Baum
                                ALAN BAUM
                                Attorney for Dishan Perera

Dated: September 2, 2011        By: ____/s/ Mark Waecker
                                MARK WAECKER
                                Attorney for Imesh Perera

Dated: September 2, 2011        By: ____/s/ Shari Rusk
                                SHARI RUSK
                                Attorney for Torey Moore

Dated: September 2, 2011        By: ____/s/ Olaf Hedberg
                                OLAF HEDBERG
                                Attorney for Leonard Woodfork

Dated: September 2, 2011        By: ____/s/ John Manning
                                JOHN MANNING
                                Attorney for Navpret Singh.

Dated: September 2, 2011                    By: ____/s/ Christopher Hayden-Myer
                                            CHRISTOPER HAYDEN-MYER
                                            Attorney for Love Sidhu

Dated: September 2, 2011                    By: ____/s/ Mark Rechel
                                            MARK RECHEL
                                            Attorney for Navjot Singh

Dated: September 2, 2011                    By: ____/s/ Dan Koukol
                                            DAN KOUKOL
                                            Attorney for Jason Caviler

Dated: September 2, 2011                    By: ____/s/ Chris Cosca
                                            CHRIS COSCA
                                            Attorney for Ramiro Garcia

Dated: September 2, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Michael Chastaine for Todd Leras___
                                            Todd Leras
                                            Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, September 6, 2011 at 10:30 a.m. be continued to Tuesday, November 3, 2011 at 9:00 a.m. and that the period from September 6, 2011 to November 3, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7) and local rule T4.  The Court specifically finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.
September 9, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE