JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
CR-S-09-380 WBS
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DISHAN PERERA et al.,<br><br>  Defendants. | No. CR-S-10-347 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE<br><br>Date: January 5, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Dishan Perera, Alan Baum, Esq., counsel for defendant Jeremy Gachago, Michael L. Chastaine, Esq., counsel for defendant Ramiro Garcia, Christopher R. Cosca, Esq., counsel for defendant Love Deep Singh Sidhu, Christopher Haydn-Myer, Esq., counsel for defendant Leonard Woodfork, Olaf W. Hedberg, Esq., counsel for defendant Jason Cavileer, Dan F. Koukol, Esq., counsel for defendant Michael Tran, Michael D. Long, Esq., counsel for defendant Navpreet Singh, John R. Manning, Esq., counsel for defendant Imesh Perera, Mark Waecker, Esq., counsel for defendant Navjot Singh, Mark J. Reichel, Esq., and counsel for defendant

Torey Moore, Shari Rusk, Esq., that the status conference presently set for November 3, 2011 be **continued to January 5, 2012, at 9:00 a.m.**, thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, October 31, 2011, to and including January 5, 2012. This is based on the complexity of the case; including voluminous discovery and the fact there are eleven co-defendants.   The defense requests more time to review discovery, conduct investigation and engage in negotiations with the government.

IT IS SO STIPULATED

Dated:  October 31, 2011                    /s/ Alan Baum
                                            ALAN BAUM
                                            Attorney for Defendant
                                            Dishan Perera

Dated:  October 31, 2011                    /s/ Michael L. Chastaine
                                            MICHAEL L. CHASTAINE
                                            Attorney for Defendant
                                            Jeremy Gachago

Dated:  October 31, 2011                    /s/ Christopher R. Cosca
                                            CHRISTOPHER R. COSCA
                                            Attorney for Defendant
                                            Ramiro Garcia

Dated:  October 31, 2011                    /s/ Christopher Haydn-Myer
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
                                            Love Deep Singh Sidhu

Dated:  October 31, 2011                    /s/ Olaf W. Hedberg
                                            OLAF W. HEDBERG
                                            Attorney for Defendant
                                            Leonard Woodfork

| | | |
|---|---|---|
| 1 | Dated: October 31, 2011 | /s/ Dan F. Koukol |
| 2 | | DAN F. KOUKOL |
| | | Attorney for Defendant |
| 3 | | Jason Cavileer |
| 4 | Dated: October 31, 2011 | /s/ Michael D. Long |
| | | MICHAEL D. LONG |
| 5 | | Attorney for Defendant |
| 6 | | Michael Tran |
| 7 | Dated: October 31, 2011 | /s/ John R. Manning |
| | | JOHN R. MANNING |
| 8 | | Attorney for Defendant |
| 9 | | Navpreet Singh |
| 10 | Dated: October 31, 2011 | /s/ Mark Waecker |
| | | MARK WAECKER |
| 11 | | Attorney for Defendant |
| 12 | | Imesh Perera |
| 13 | Dated: October 31, 2011 | /s/ Shari Rusk |
| | | SHARI RUSK |
| 14 | | Attorney for Defendant |
| 15 | | Torey Moore |
| 16 | Dated: October 31, 2011 | /s/ Mark J. Reichel |
| | | MARK J. REICHEL |
| 17 | | Attorney for Defendant |
| 18 | | Navjot Singh |
| 20 | Dated: October 31, 2011 | Benjamin B. Wagner |
| 21 | | United States Attorney |
| 23 | | by: /s/ Todd D. Leras |
| | | TODD D. LERAS |
| 24 | | Assistant United States Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
NAVPREET SINGH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-347 MCE |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| DISHAN PERERA et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the November 3, 2011 status conference be continued to January 5, 2012 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to January 5, 2012.

IT IS SO ORDERED.
Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE