THE CRIMINAL DEFENSE GROUP
Alan Baum, SBN 42160
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant,
DISHAN PERERA


Mark Waecker, SBN 81375
300 South Grand Avenue, 24th Floor
Los Angeles, CA 90071
Telephone (213) 955-4500
Fax (213) 955-4560

Attorneys for Defendant,
IMESH PERERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00347-MCE-1 |
| Plaintiff,<br>v.<br>DISHAN PERERA, et al<br>Defendant. | JOINDER IN DEFENDANT TOREY MOORE'S STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court: Hon. Morrison C. England<br>Time: 9:00 a.m.<br>Date: May 31, 2012 |

Defendants Dishan Perera and Imesh Perera, by and through their respective attorneys of record, HEREBY JOIN in Defendant Torey Moore's STIPULATION to continue the Status Conference set for May 31, 2012.  is charged in Count One of a five count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine. A status conference was previously set for May 31, 2012. Defendants and the government have been engaged in settlement discussions. The defendant's sentence will be entirely determined by the sentencing guideline ranged used to calculate the offense level for the substance "BZP".

1  The guidelines have recently changed to add BZP to the listed chemicals used in determining the
2  guideline range.  The guideline calculations for BZP are sufficiently complicated that a pre-plea
3  report is appropriate to analyze sentencing issues in this matter.  The parties have spoken with
4  the probation office and are in agreement that a pre-plea report would aid resolution of this
5  matter.  The probation office indicates that the process will take approximately six to eight weeks
6  to complete.  Therefore, the parties request a status conference date of August 2, 2012 and that
7  date is available with the Court.

8        The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for
9  defense preparation and under local code T4.

DATED: May 30, 2012

                           Respectfully submitted,
                           THE CRIMINAL DEFENSE GROUP

                           _____/s/_____
                           Alan Baum, Esq.

                           Attorneys for Defendant,
                           DISHAN PERERA

DATED: May 30, 2012

                           Respectfully submitted,

                           _____/s/_____
                           Mark Waecker, Esq.

                           Attorneys for Defendant,
                           IMESH PERERA

DATED: May 30, 2012

                           _____/s/_____
                           Todd Leras
                           Assistant United States Attorney

                           Attorney for plaintiff
                           UNITED STATES OF AMERICA

**ORDER**

Pursuant to the parties' stipulation, the status conference in this matter is hereby continued from May 31, 2012 to August 2, 2012 at 9:00 a.m.  The Court hereby finds that the ends of justice to be served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(8)(i) and Local Code T4.

    IT IS SO ORDERED.

Dated:  June 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE