THE CRIMINAL DEFENSE GROUP
Alan Baum, SBN 42160
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant,
DISHAN PERERA


Mark Waecker, SBN 81375
300 South Grand Avenue, 24th Floor
Los Angeles, CA 90071
Telephone (213) 955-4500
Fax (213) 955-4560

Attorneys for Defendant,
IMESH PERERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) Case No.: 2:10-cr-00347-MCE-1 | |
| v. | ) ORDER | |
| DISHAN PERERA, IMESH PERERA, et al | ) | |
| Defendant. | ) Court: Hon. Morrison C. England | |
| | ) Time: 9:00 a.m. | |
| | ) Date: August 2, 2012 | |

The United States Probation Officer is directed to prepare a pre-plea report as to defendant Dishan Perera and defendant Imesh Perera.


Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE