Mark Waecker (SBN# 81375)
LAW OFFICES OF MARK WAECKER
300 South Grand Avenue, 24th Floor,
Los Angeles, CA 90071
Telephone (213) 955-4500
Fax (213) 955-4560
Email: mark@waeckerlaw.com
Attorney for Defendant
IMESH PERERA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>DISHAN PERERA, et al.<br><br>    Defendant. | Case No. **2:10-cr-00347-MCE**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Court: Hon. Morrison C. England**<br>**Time: 9:00 a.m.**<br>**Date: September 27, 2012** |

Defendants Dishan Perera and Imesh Perera, by and through their undersigned counsel and the United States Government, by and through Assistant United States Attorney Todd Leras, hereby agree and stipulate that the status conference previously scheduled for September 27, 2012 be continued until December 13, 2012.  The defendants are charged in a five count indictment alleging violations of 21 U.S.C. §§s 841 (a) (1) and § 846 – possession with intent to distribute and conspiracy to distribute methamphetamine. The defendants have received the pre-sentence reports and are evaluating the contents of same.  The parties are in the process of discussing a potential plea agreement with the Government.  Therefore, the parties request a status conference date of December 13, 2012 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161 (h) (8) (i) for defense preparation and under local code T4.

- 1-

Dated: September 19, 2012

>Respectfully submitted,
>THE CRIMINAL DEFENSE GROUP
>
>_____/s/_____
>Alan Baum, Esq.
>
>Attorneys for Defendant,
>DISHAN PERERA

Dated: September 19, 2012

>Respectfully submitted,
>LAW OFFICES OF MARK WAECKER
>
>_____/s/_____
>Mark Waecker, Esq.
>
>Attorney for Defendant,
>IMESH PERERA

Dated: September 19, 2012

>_____/s/_____
>Todd Leras
>Assistant United States Attorney
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED. The Court finds excludable time through December 13, 2012, based on Local Code T4, giving counsel reasonable time to prepare. Based on the foregoing stipulation, the Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE