THE CRIMINAL DEFENSE GROUP
Alan Baum, SBN 42160
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant,
DISHAN PERERA

Mark Waecker, SBN 81375
300 South Grand Avenue, 24th Floor
Los Angeles, CA 90071
Telephone (213) 955-4500
Fax (213) 955-4560

Attorneys for Defendant,
IMESH PERERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br>      v. <br><br> DISHAN PERERA, IMESH PERERA, et al <br><br>             Defendant. | Case No.: 2:10-cr-00347-MCE-1 <br><br> **ORDER TO CONTINUE STATUS CONFERENCE** |

Upon the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the status conference currently set for December 7, 2012, be continued to January 24, 2013, at 9 a.m.  The Court finds that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendants in a trial within the time prescribed by the Speedy Trial Act.

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE