BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00347-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| LEONARD WOODFORK, NAVPREET SINGH, LOVEDEEP SIDHU, NAVJOT SINGH, JASON CAVILEER, DISHAN PERERA, and RAMIRO GARCIA, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Olaf Hedberg on behalf of Leonard Woodfork, Attorney John Virga on behalf of Navpreet Singh, Christopher Haydn-Myer on behalf of Lovedeep Sidhu, Mark Reichel on behalf of Navjot Singh, Dan Koukol on behalf of Jason Cavileer, Dwight Samuel on behalf of Dishan Perera, and Christopher Cosca on behalf of Ramiro Garcia, that the status conference scheduled for January 31, 2013, be continued to March

1

7, 2013, at 9:00 a.m.

    Attorney Dwight Samuel was just appointed last week to represent Dishan Perera in this matter. He is in the process of reviewing the discovery in this case which stems from a lengthy wiretap investigation. In addition, continuing investigation is occurring on behalf of other defendants related to the extent of their participation in the conspiracy alleged in the case. This investigation impacts the potential sentencing guidelines applicable to each of the alleged participants. Given the voluminous discovery, including telephone calls intercepted during the course of three successive rounds of wiretaps, counsel requires additional preparation time. The parties therefore request to continue the status conference to March 7, 2013.

    For the above-stated reasons, the parties stipulate that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). Defense counsel have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: January 29, 2013    By: /s/ Todd D. Leras
    TODD D. LERAS
    Assistant U.S. Attorney

DATED: January 29, 2013    By: /s/ Todd D. Leras for
    OLAF HEDBERG
    Attorney for Defendant LEONARD WOODFORK

DATED: January 29, 2013    By: /s/ Todd D. Leras for
    JOHN VIRGA
    Attorney for Defendant NAVPREET SINGH

2

```
DATED: January 29, 2013        By: /s/ Todd D. Leras for
                                   CHRISTOPHER HAYDN-MYER
                                   Attorney for Defendant
                                   LOVEDEEP SIDHU

DATED: January 29, 2013        By: /s/ Todd D. Leras for
                                   MARK REICHEL
                                   Attorney for Defendant
                                   NAVJOT SINGH

DATED: January 29, 2013        By: /s/ Todd D. Leras for
                                   DAN KOUKOL
                                   Attorney for Defendant
                                   JASON CAVILEER

DATED: January 29, 2013        By: /s/ Todd D. Leras for
                                   CHRISTOPHER COSCA
                                   Attorney for Defendant
                                   RAMIRO GARCIA

DATED: January 29, 2013        By: /s/ Todd D. Leras for
                                   DWIGHT SAMUEL
                                   Attorney for Defendant
                                   DISHAN PERERA
```

**IT IS HEREBY ORDERED:**

1. A status conference in this matter is set for March 7, 2013, at 9:00 a.m.;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including March 7, 2013.

    IT IS SO ORDERED.

Dated: February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE