1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )  CR. S-10-347 MCE
12            Plaintiff,           )
                                   )  STIPULATION AND
13                                 )  ORDER CONTINUING STATUS
         v.                        )  CONFERENCE
14                                 )
    DISHAN PERERA, LEONARD         )
15  WOODFORK, NAVPREET SINGH,      )
    LOVEDEEP SIDHU, NAVJOT SINGH,  )
16  JASON CAVILEER, RAMIRO         )
    GARCIA, and TOREY MOORE,       )
17                                 )
              Defendants.          )
18  _____ )

19

20       IT IS HEREBY STIPULATED between Plaintiff United States of

21  America, by and through Assistant United States Attorney Todd D.

22  Leras, and Attorney Dwight Samuel on behalf of Dishan Perera,

23  Attorney Olaf Hedberg on behalf of Leonard Woodfork, Attorney

24  John Virga on behalf of Navpreet Singh, Attorney Christopher

25  Haydn-Myer on behalf of Lovedeep Sidhu, Attorney Mark Reichel on

26  behalf of Navjot Singh, Attorney Dan Koukol on behalf of Jason

27  Cavileer, Attorney Shari Rusk on behalf of Torey Moore, and

28  Attorney Christopher Cosca on behalf of Ramiro Garcia, that the

                                   1

1  status conference scheduled for April 4, 2013, be continued to

2  May 16, 2013, at 9:00 a.m.

3      Attorney Dwight Samuel was recently appointed to represent

4  Dishan Perera in this matter.  The government reproduced the

5  voluminous discovery in this wiretap investigation and provided

6  it to Mr. Samuel prior to the last scheduled status conference

7  date.  Given the volume of material, he is still reviewing it and

8  discussing it with his client.  In addition, continuing

9  investigation is occurring on behalf of other defendants related

10  to the extent of their participation in the conspiracy alleged in

11  the case.  This investigation impacts the potential sentencing

12  guidelines applicable to each of the alleged participants.  Given

13  the voluminous discovery, including telephone calls intercepted

14  during the course of three successive rounds of wiretaps, counsel

15  requires additional preparation time.  The parties therefore

16  request to continue the status conference to May 16, 2013.

17      For the above-stated reasons, the parties stipulate that

18  time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code

19  T4 (reasonable time to prepare and continuity of counsel).

20  Defense counsel have authorized Assistant U.S. Attorney Todd D.

21  Leras to sign this stipulation on their behalf.

22  DATED: April 2, 2013          By: /s/ Todd D. Leras
                                      TODD D. LERAS
23                                    Assistant U.S. Attorney

24

25
   DATED: April 2, 2013          By: /s/ Todd D. Leras for
26                                    DWIGHT SAMUEL
                                      Attorney for Defendant
27                                    DISHAN PERERA

28

1    DATED: April 2, 2013              By: /s/ Todd D. Leras for
                                           OLAF HEDBERG
2                                          Attorney for Defendant LEONARD
                                           WOODFORK
3

4    DATED: April 2, 2013              By: /s/ Todd D. Leras for
                                           JOHN VIRGA
5                                          Attorney for Defendant
                                           NAVPREET SINGH
6

7    DATED: April 2, 2013              By: /s/ Todd D. Leras for
                                           CHRISTOPHER HAYDN-MYER
8                                          Attorney for Defendant
                                           LOVEDEEP SIDHU
9

10   DATED: April 2, 2013              By: /s/ Todd D. Leras for
                                           MARK REICHEL
11                                         Attorney for Defendant
                                           NAVJOT SINGH
12
     DATED: April 2, 2013              By: /s/ Todd D. Leras for
13                                         DAN KOUKOL
                                           Attorney for Defendant
14                                         JASON CAVILEER

15
     DATED: April 2, 2013              By: /s/ Todd D. Leras for
16                                         CHRISTOPHER COSCA
                                           Attorney for Defendant
17                                         RAMIRO GARCIA

18   DATED: April 2, 2013              By: /s/ Todd D. Leras for
                                           SHARI L. RUSK
19                                         Attorney for Defendant
                                           TOREY MOORE
20

21

22

23

24

25

26

27

28

**IT IS HEREBY ORDERED**:

1.   A status conference in this matter is set for May 16, 2013, at 9:00 a.m.;

2.   Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including May 16, 2013.

IT IS SO ORDERED

Date:  April 04, 2013

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE