BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 2:10-cr-0347 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| DISHAN PERERA, LEONARD ) | |
| WOODFORK, NAVPREET SINGH, ) | |
| LOVEDEEP SIDHU, NAVJOT SINGH, ) | |
| JASON CAVILEER, RAMIRO ) | |
| GARCIA, and TOREY MOORE, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dwight Samuel on behalf of Dishan Perera, Attorney Olaf Hedberg on behalf of Leonard Woodfork, Attorney John Virga on behalf of Navpreet Singh, Attorney Christopher Haydn-Myer on behalf of Lovedeep Sidhu, Attorney Mark Reichel on behalf of Navjot Singh, Attorney Dan Koukol on behalf of Jason Cavileer, Attorney Shari Rusk on behalf of Torey Moore, and Attorney Christopher Cosca on behalf of Ramiro Garcia, that the

1

status conference scheduled for June 27, 2013, be continued to August 8, 2013, at 9:00 a.m.

The government has provided written Plea Agreements proposing resolution of this matter to all but two of the remaining defendants in this case.  The government is presently preparing resolution proposals for the final two defendants.

This case stems from a wiretap investigation and the discovery is voluminous.  The parties are reviewing that discovery in light of the proposed and prospective resolution proposals.  One of the purposes of this review is to determine whether any disputes as to estimated guideline calculations can be resolved.  This process includes the sharing of some defense investigation information with the government.  Both sides of the case are also conducting further follow up investigation.  This investigation impacts the potential sentencing guidelines applicable to each of the alleged participants in the charged conspiracies.

Given the voluminous discovery, including telephone calls intercepted during the course of three successive rounds of wiretaps, counsel requires additional preparation time to advise their respective clients of the appropriate course of action regarding the resolution proposals.  The parties therefore request to continue the status conference to August 8, 2013.

For the above-stated reasons, the parties stipulate that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). Defense counsel have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf.

```
DATED: June 25, 2013        By: /s/ Todd D. Leras
                                TODD D. LERAS
                                Assistant U.S. Attorney


DATED: June 25, 2013        By: /s/ Todd D. Leras for
                                DWIGHT SAMUEL
                                Attorney for Defendant
                                DISHAN PERERA


DATED: June 25, 2013        By: /s/ Todd D. Leras for
                                OLAF HEDBERG
                                Attorney for Defendant LEONARD
                                WOODFORK


DATED: June 25, 2013        By: /s/ Todd D. Leras for
                                JOHN VIRGA
                                Attorney for Defendant
                                NAVPREET SINGH


DATED: June 25, 2013        By: /s/ Todd D. Leras for
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Defendant
                                LOVEDEEP SIDHU


DATED: June 25, 2013        By: /s/ Todd D. Leras for
                                MARK REICHEL
                                Attorney for Defendant
                                NAVJOT SINGH

DATED: June 25, 2013        By: /s/ Todd D. Leras for
                                DAN KOUKOL
                                Attorney for Defendant
                                JASON CAVILEER


DATED: June 25, 2013        By: /s/ Todd D. Leras for
                                CHRISTOPHER COSCA
                                Attorney for Defendant
                                RAMIRO GARCIA

DATED: June 25, 2013        By: /s/ Todd D. Leras for
                                SHARI L. RUSK
                                Attorney for Defendant
                                TOREY MOORE
```

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for August 8, 2013, at 9:00 a.m.;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including August 8, 2013.

IT IS SO ORDERED

Date: June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT