The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

v.

DISHAN PERERA et al.

     Defendants

Case Number:  10-cr-00347-MCE

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**

    IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dwight Samuel on behalf of Dishan Perera, Attorney Olaf Hedberg on behalf of Leonard Woodfork, Attorney John Virga on behalf of Navpreet Singh, Attorney Christopher Haydn-Myer on behalf of Lovedeep Sidhu, Attorney Mark Reichel on behalf of Navjot Singh, Attorney Dan Koukol on behalf of Jason Cavileer, Attorney Shari Rusk on behalf of Torey Moore, andAttorney Christopher Cosca on behalf of Ramiro Garcia, that the  status conference scheduled for August 8, 2013 be continued to September 26, 2013, at 9:00 a.m.

    The government has provided written Plea Agreements proposing resolution of this matter to all but two of the

remaining defendants in this case. The government is presently preparing resolution proposals for the final two defendants.

    This case stems from a wiretap investigation and the discovery is voluminous. The parties are reviewing that discovery in light of the proposed and prospective resolution proposals. One of the purposes of this review is to determine whether any disputes as to estimated guideline calculations can be resolved. This process includes the sharing of some defense investigation information with the government. Both sides of the case are also conducting further follow up investigation. This investigation impacts the potential sentencing guidelines applicable to each of the alleged participants in the charged conspiracies.

DATED: August 6, 2013    By: /s/ Todd D. Leras
    TODD D. LERAS
    Assistant U.S. Attorney

DATED: August 6, 2013    By: /s/ Olaf W. Hedberg for
    DWIGHT SAMUEL
    Attorney for Defendant
    DISHAN PERERA

DATED: August 6, 2013    By: /s/ Olaf W. Hedberg for
    OLAF HEDBERG
    Attorney for Defendant
    LEONARD WOODFORK

DATED: August 6, 2013    By: /s/ Olaf W. Hedberg for
    JOHN VIRGA
    Attorney for Defendant
    NAVPREET SINGH

DATED: August 6, 2013    By: /s/ Olaf W. Hedberg for
    CHRISTOPHER HAYDN-MYER
    Attorney for Defendant
    LOVEDEEP SIDHU

```
DATED: August 6, 2013           By: /s/ Olaf W. Hedberg for
                                    MARK REICHEL
                                    Attorney for Defendant
                                    NAVJOT SINGH

DATED: August 6, 2013           By: /s/ Olaf W. Hedberg for
                                    DAN KOUKOL
                                    Attorney for Defendant
                                    JASON CAVILEER

DATED: August 6, 2013           By: /s/ Olaf W. Hedberg for
                                    CHRISTOPHER COSCA
                                    Attorney for Defendant
                                    RAMIRO GARCIA

DATED: August 6, 2013           By: /s/ Olaf W. Hedberg for
                                    SHARI L. RUSK
                                    Attorney for Defendant
                                    TOREY MOORE
```

**ORDER**

Based on the stipulation of the parties and good cause appearing, IT IS ORDERED as follows:

1. A status conference in this matter, currently set for August 8, 2013, at 9:00 a.m., is vacated and **continued to September 26, 2013, at 9 a.m.** in Courtroom 7.

2. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including September 26, 2013.

IT IS SO ORDERED.

Dated:  August 7, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT