BENJAMIN B. WAGNER
United States Attorney
TODD LERAS
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DISHAN PERERA, IMESH PERRERA,<br>LEONARD WOODFORK,<br>LOVEDEEP SIDHU, NAVJOT SINGH,<br>JASON CAVILEER, RAMIRO GARCIA,<br>AND TORREY MOORE,<br><br>　　　　　　　Defendants | ) CASE NO. CR S 2:10-0347 LKK<br>)<br>) **ORDER CONTINUING STATUS**<br>) **CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Dwight Samuel on behalf of Dishan Perera, Attorney Mark Waeker on behalf of Imesh Perera, Attorney Olaf Hedberg on behalf of Leonard Woodfork, Attorney Christopher Haydn-Myer on behalf of Lovedeep Sidhu, Attorney Mark Reichel on behalf of Navjot Singh, Attorney Dan Koukol on behalf of Jason Cavileer, Attorney Shari Rusk on behalf of Torey Moore, and Attorney Christopher Cosca on behalf of Ramiro Garcia, that the

status conference scheduled for September 26, 2013, be continued to December 5, 2013, at 9:00 a.m.

This case stems from a wiretap investigation and the discovery is voluminous. The parties are reviewing that discovery in light of the proposed and prospective resolution proposals. The government has provided written Plea Agreements proposing resolution of this matter to all but two of the remaining defendants in this case. Several of the defendants have potential immigration consequences as a result of the proposed resolution. Counsel for these defendants need additional time to consult with immigration counsel and the government about these matters. Counsel for several of the other defendants are engaging in continued investigation related to the potential guidelines applicable in the event the case proceeds to trial or is resolved through negotiation.

Given the voluminous discovery, including telephone calls intercepted during the course of three successive rounds of wiretaps, counsel requires additional preparation time to advise their respective clients of the appropriate course of action regarding the resolution proposals. The parties therefore request to continue the status conference to December 5, 2013.

For the above-stated reasons, the parties stipulate that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel).

///
///
///
///

Defense counsel have authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on their behalf following a review of its contents.

DATED: September 20, 2013        By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 DWIGHT SAMUEL
                                 Attorney for Defendant
                                 DISHAN PERERA

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 OLAF HEDBERG
                                 Attorney for Defendant LEONARD WOODFORK

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 MARK WAEKER
                                 Attorney for Defendant
                                 IMESH PERERA

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 CHRISTOPHER HAYDN-MYER
                                 Attorney for Defendant
                                 LOVEDEEP SIDHU

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 MARK REICHEL
                                 Attorney for Defendant
                                 NAVJOT SINGH

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 DAN KOUKOL
                                 Attorney for Defendant
                                 JASON CAVILEER

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 CHRISTOPHER COSCA
                                 Attorney for Defendant
                                 RAMIRO GARCIA

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                 SHARI L. RUSK
                                 Attorney for Defendant
                                 TOREY MOORE

**IT IS HEREBY ORDERED:**

1. A status conference in this matter is set for December 5, 2013, at 9:00 a.m.;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including December 5, 2013.

IT IS SO ORDERED.

Dated:  September 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT