DWIGHT M. SAMUEL (CA BAR# 054486)
LAW OFFICE OF DWIGHT M. SAMUEL
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
DISHAN PERERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DISHAN PERERA,<br>Defendants. | No. 2:10-CR-00347 MCE<br><br>STIPULATION AND ORDER |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, and defendant Dishan Perera through his undersigned counsel Dwight Samuel, defendant Torey Moore, through his undersigned counsel Shari Rusk, defendant Lonard Woodfork, through his undersigned counsel Olaf Hedberg, defendant Ramiro Garcia, through his undersigned counsel Chris Cosca, defendant Jason Cavileer, through his undersigned counsel Dan Koukol, defendant Love Sidhu, through his undersigned counsel Christopher Haydn-Myer, and defendant Navjot Singh, through his undersigned counsel Mark Reichel, that the previously scheduled status conference date of December 5, 2013, be vacated and the matter set for status conference on January 23, 2014.

The reason for this request is that counsels are engaged in ongoing negotiations in regarts to immigration issues. Cousels are exchanging supporting documentations in support to this issue. Counsel needs additional time to conduct these negotiations to reach a plea agreement.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 23, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

DATED: December 2, 2013           By:        /s/ *Dwight M. Samuel*
                                             DWIGHT M. SAMUEL
                                             Attorney for Defendant
                                             DISHAN PERERA

DATED: December 2, 2013                      /s/
                                             JILL THOMAS
                                             Assistant U.S. Attorney

DATED: December 2, 2013                      /s/
                                             SHARI RUSK
                                             Attorney for Defendant
                                             TOREY MOORE

DATED: December 2, 2013                      /s/
                                             Olaf hedberg
                                             Attorney for Defendant
                                             Lonard Woodfork

DATED: December 2, 2013                      /s/
                                             CHRIS COSCA
                                             Attorney for Defendant
                                             RAMIRO GARCIA

DATED: December 2, 2013                      /s/

DAN KUOKOL
Attorney for Defendant
JASON CAVILEER

DATED: December 2, 2013

/s/
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
LOVE SIDHU

DATED: December 2, 2013

/s/
MARK REICHEL
Attorney for Defendant
NAVJOT SINGH

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 2, 2013, to and including January 23, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 5, 2013, status conference shall be continued to January 23, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 3, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT