DWIGHT M. SAMUEL (CA BAR# 054486)
LAW OFFICE OF DWIGHT M. SAMUEL
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
DISHAN PERERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    2:10-CR-00347 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| DISHAN PERERA, | |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Assistant United States Attorney Jill Thomas, and defendant Dishan Perera through his

undersigned counsel Dwight Samuel, defendant Torey Moore, through his undersigned counsel Shari

Rusk, defendant Lonard Woodfork, through his undersigned counsel Olaf Hedberg, defendant

Ramiro Garcia, through his undersigned counsel Chris Cosca, defendant Jason Cavileer, through his

undersigned counsel Dan Koukol, defendant Love Sidhu, through his undersigned counsel

Christopher Haydn-Myer, and defendant Navjot Singh, through his undersigned counsel Mark

Reichel,  that the previously scheduled status conference date of December 5, 2013, be vacated and

the matter set for status conference on January 23, 2014.

The reason for this request is that counsels are engaged in ongoing negotiations in regarts to immigration issues. Cousels are exchanging supporting documentations in support to this issue. Counsel needs additional time to conduct these negotiations to reach a plea agreement.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 23, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.


DATED: December 2, 2013              By:_____ /s/ *Dwight M. Samuel*_
                                     DWIGHT M. SAMUEL
                                     Attorney for Defendant
                                     DISHAN PERERA

DATED: December 2, 2013              _____/s/_____
                                     JILL THOMAS
                                     Assistant U.S. Attorney

DATED: December 2, 2013              _____/s/_____
                                     SHARI RUSK
                                     Attorney for Defendant
                                     TOREY MOORE

DATED: December 2, 2013              _____/s/_____
                                     Olaf hedberg
                                     Attorney for Defendant
                                     Lonard Woodfork

DATED: December 2, 2013              _____/s/_____
                                     CHRIS COSCA
                                     Attorney for Defendant
                                     RAMIRO GARCIA

DATED: December 2, 2013              _____/s/_____

DAN KUOKOL
Attorney for Defendant
JASON CAVILEER

DATED: December 2, 2013                    _____/s/_____
                                           CHRISTOPHER HAYDN-MYER
                                           Attorney for Defendant
                                           LOVE SIDHU

DATED: December 2, 2013                    _____/s/_____
                                           MARK REICHEL
                                           Attorney for Defendant
                                           NAVJOT SINGH

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 2, 2013, to and including January 23, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 5, 2013, status conference shall be continued to January 23, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 3, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4