DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
DISHAN PERERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DISHAN PERERA,<br><br>   Defendant. | No.  2:10-cr-00347-MCE-1<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, and defendant DISHAN PERERA through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of March 14, 2014, be vacated and the matter set for status conference on April 3, 2014.

     The reason for this request is that Mr. Dishan Perera's counsel has been engaged in plea negotiaons including counter offer by the defendant. Most recently the counter offer was rejected and now the offer put forth by the government. Since the last offer there has been an extensive meeting between the parties to resolve some final issues. As a result a final plea agreement has been made to the defendant, Dishan Perera. Due to counsel's schedule and ongoing negotiations and defendants placement in the Nevada County Jail Counsel now needs addtional time to further discuss this final

offer.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 3, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: March 10, 2014             /s/ Dwight M. Samuel
                                 Dwight M. Samuel
                                 Attorney for Defendant
                                 DISHAN PERERA

Date: March 10, 2014             /s/
                                 Assistant U.S. Attorney
                                 Jill Thomas

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, to and including April 3, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 14, 2014, status conference shall be continued to April 3, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT