1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  DwightSamuelAtty@Yahoo.com
   (916) 447-1193
4

5  Attorney for Defendant
   DISHAN PERERA
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,              No. 2:10-CR-00347 MCE

13                    Plaintiff,           **AMENDED STIPULATION AND ORDER**
                                           **FOR CONTINUANCE OF STATUS**
14        v.                               **CONFERENCE**

15 DISHAN PERERA,

16                    Defendant.

17

18

19        IT IS HEREBY stipulated between the United States of America through its undersigned

20 counsel, Assistant United States Attorney Jill Thomas, and defendant DISHAN PERERA through his

21 undersigned counsel Dwight Samuel, that the previously scheduled status conference date of May

22 22, 2014, be vacated and the matter set for status conference on July 31, 2014.

23        The reason for this request is that Mr. Dishan Perera's counsel has been engaged in ongoing

24 plea negotiaons including counter offer by the defendant. Most recently Imesh Perera, brother and

25 co-defendant of Dishan Perera, has requested new counsel be appointed. Since the last offer there has

26 been an extensive meeting between the parties to resolve some final issues. Counsel has requested

27 the two level variance terms be included in the plea agreement and it is anticipated it will be done

28 thereby constituting the final plea agreement. Due to counsel's schedule and ongoing negotiations

                                          1

and defendants placement in the Nevada County Jail Counsel now needs addtional time to further discuss this final offer. It is anticipated at this new status date a plea will be entered.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 31, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: May 28, 2014                              _____/s/ Dwight M. Samuel___
                                               Dwight M. Samuel
                                               Attorney for Defendant
                                               DISHAN PERERA

Date: May 28, 2014                              __/s/ Jill Thomas_____
                                               Assistant U.S. Attorney
                                               Jill Thomas

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, to and including July 31, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 22, 2014, status conference shall be continued to July 31, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT