DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
DISHAN PERERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  10-CR-347 MCE |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | |
| DISHAN PERERA, | |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, defendant DISHAN PERERA through his undersigned counsel Dwight Samuel and defendant IMESH PERERA through his attorney J.Toney, that the scheduled status conference for August 14, 2014 , be vacated and the matter set for status conference on September 4, 2014 at 9:00 am.          The reason for this request is that both defendant Mr. Dishan Perera's and Imesh Perera's counsels has been engaged in ongoing plea negotiaons. Most recently Imesh Perera, brother and co-defendant of Dishan Perera, has requested new counsel be appointed. Counsel for Dishan Perera has requested the two level variance terms be included in the plea agreement and it is anticipated it will be done thereby constituting the final plea agreement. Due to counsel's schedule and ongoing negotiations and both defendants placement in the Nevada County

Jail Counsel now needs addtional time to further discuss this final offer. It is anticipated at this final status date a plea will be entered.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 4, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: August 11, 2014                     _____*/s/ Dwight M. Samuel*___
                                          Dwight M. Samuel
                                          Attorney for Defendant
                                          DISHAN PERERA

Date: August 11, 2014                     _____/s/_____
                                          J. Toney
                                          Attorney for Defendant
                                          IMESH PERERA

Date: August 11, 2014                     ____*/s/*____
                                          Assistant U.S. Attorney
                                          Jill Thomas

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, to and including September 4, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the August 14, 2014, status conference shall be continued to September 4, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3