DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
DISHAN PERERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-347 MCE |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCE AND SCHEDULE FOR DICLOSURE** |
| v. | |
| DISHAN PERERA, | |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, defendant DISHAN PERERA through his undersigned counsel Dwight Samuel that the scheduled sentencing date and schedule for disclosure dates be changed to the following:

Judgement and sentencing date be changed from December 4, 2012 to February 12, 2015.

The following schedule for disclosure of pre-sentence report and for filing of objections to the presentence report it is agreed to be as follows:

| | |
|---|---|
| Reply or statement of non-opposition | February 5, 2015 |
| Motion for correction of Pre-Sentence report filed | January 29, 2015 |
| Pre-Sentence report filed | January 22,2015 |
| Counsel's written objections to the pre-sentence to probation | January 15, 2015 |

1

     Proposed Pre-sentence report disclosed to counsel                     done

     Counsel has seen Mr. Perera on one occassion to date to review the PSR and now needs additional time to complete the interveiw and response if needed. The reason for this request is that Mr. Dishan Perera's counsel's schedule and defendants placement in the Nevada County Jail require taking one half day out of Counsels schedule. Counsel now needs addtional time to further discuss Pre-sentence report.

     Accordingly, the parties respectfully request the Court adopt this proposed stipulation, vacate the present date for sentence of December 4, 2014 and adopt the above enumerated shedule for disclosure and response to the Pre-sentence report.

     So stipulated,

Date: November 11, 2014                                             */s/ Dwight M. Samuel*
                                                                    Dwight M. Samuel
                                                                    Attorney for Defendant
                                                                    DISHAN PERERA

Date: November 11, 2014                                               */s/*
                                                                     Assistant U.S. Attorney
                                                                    Jill Thomas

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety and it is so order

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is further ordered that the December 4, 2014 date for sentencing shall be continued to February 12, 2015, at 9:00 a.m.

IT IS SO ORDERED.

DATED: November 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT