UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Case No. 2:10-CR-00347-01-MCE

          Plaintiff,

  v.   ORDER FOR RELEASE OF PERSON IN CUSTODY

DISHAN PERERA,

          Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release DISHAN PERERA, No. 2:10-CR-00347-01-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:   pursuant to the sentence of time served. |

Issued at Sacramento, California on February 12, 2015 at 9:51 a.m.

DATED:  February 12, 2015

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE